**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JEREMY PARKER | * | CIVIL ACTION NUMBER 18-3666 |
| | * | |
| PLAINTIFF, | * | SECTION: L (2) |
| | * | |
| V. | * | |
| | * | JUDGE: FALLON |
| JOHN W. STONE OIL DISTRIBUTORS, LLC | * | |
| | * | MAG. JUDGE: WILKINSON |
| DEFENDANT | * | |

**DEFENDANT, JOHN W. STONE OIL DISTRIBUTORS, LLC'S WITNESS AND EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes Defendant, John W. Stone Oil Distributors, LLC ("Stone Oil"), who files the below Witness and Exhibit List pursuant to this Honorable Court's Scheduling Order [R. Doc. 22]:

**WITNESS LIST**

Stone Oil may call the following witnesses at trial:

1. Plaintiff, Jeremy A. Parker
c/o Plaintiff's Counsel

2. Captain Wayne Bishop
John W. Stone Oil Distributors, LLC
c/o William P. Wynne

3. Captain Anthony Burros
John W. Stone Oil Distributors, LLC
c/o William P. Wynne

4. Travis Davis
Former Employee of John W. Stone Oil Distributors, LLC
Last Known Address:
11888 Longridge Ave., Apt. 1006
Baton Rouge, LA 70816

5. Thomas J. Willis, Jr.
John W. Stone Oil Distributors, LLC
c/o William P. Wynne

6. A duly authorized representative of John W. Stone Oil Distributors, LLC

7. Dr. Brian Bourgeois
West Jefferson Industrial Medicine, LLC
107 Wall Blvd., Suite A
Gretna, LA 70056

8. Dr. Gerard Gianoli
Ear and Balance Institute, Inc.
1401 Ochsner Blvd., Suite A
Covington, LA 70433

9. Dr. Morteza Shamsnia
Shamsnia Neurology
2909 Kingman Street, Suite 2
Metairie, LA 70006

10. Dr. Bradley Bartholomew
Omega Hospital, LLC
2600 North Hullen
Metairie, LA 70002

11. Dr. Everett Robert
Southern Brain and Spine, LLC
3798 Veterans Blvd., Suite 200
Metairie, LA 70002

12. Dr. Archibald "Archie" Melcher
East Jefferson Neurological Associates
3800 Houma Blvd., Suite 205
Metairie, LA 70006

13. Dr. Dennis Occhipinti
4770 S. I-10 Service Road W, Suite 110
Metairie, LA 70001

14. Nancy Favaloro, M.S., CRC, CCM, LRC
Seyler Favaloro, Ltd.
1615 Poydras St., Suite 1040
New Orleans, LA 70112

15. Kenneth Boudreaux, Ph.D., Dan M. Cliffe, MBA, John R. Page, CPA, Ph.D., or J. Stuart Wood, Ph.D
1424 Bordeaux St.
New Orleans, LA 70115

16. Norman Dufour, Certified Marine Surveyor
Dufour, Laskay and Strouse, Inc.
3939 N. Causeway Blvd., Suite 300
Metairie, LA 70002

17. Robert "Bob" E. Borison
Total Safety Services, Inc.
218 Magnolia St.
Long Beach, Mississippi 39560

18. A duly authorized representative of Genesis Information Services
9029 Jefferson Highway, Suite D-109
New Orleans, LA 70123

19. Custodians of Records for Plaintiff's Medical Providers

20. Custodian of Records for Stone Oil

21. A yet to be identified expert to perform a functional capacity evaluation of Plaintiff, if necessary;

22. Any and all fact and expert witnesses listed by Plaintiff, including any and all fact and expert witnesses listed by Plaintiff in the future;

23. Any witness listed or identified by Plaintiff in discovery responses in this case;

24. Any witness listed or identified by Plaintiff in his Witness List;

25. Any witness needed to authenticate any document, photo or video, including but not limited to any record custodian;

26. Any witness necessary for impeachment purposes;

27. Any witness necessary to authenticate or introduce any exhibit;

28. Any witness necessary for rebuttal; and

29. Any expert to testify as to any issue disclosed by Plaintiff in this litigation.

Stone Oil specifically reserves the right to add or subtract from the list of witnesses identified as further information or documentation becomes available.

## EXHIBIT LIST

Stone Oil may introduce the following exhibits at the trial of this matter:

1. Stone Oil's Report of Injury;

2. U.S. Coast Guard Report of Marine Casualty;

3. Stone Oil's Personnel File of Plaintiff;

4. Stone Oil's Personnel File of Anthony Burros;

5. Stone Oil's Personnel File of Wayne Bishop;

6. Stone Oil's Personnel File of Travis Davis;

7. Stone Oil's Vessel Manual;

8. Stone Oil's Safety Manual Policies & Procedures;

9. Stone Oil's Job Description for Tankerman;

10. Stone Oil's Job Description for Captain;

11. Stone Oil's Tank Barge Transfer Procedures;

12. U.S. Coast Guard Uninspected Towing Vessel Examination;

13. Certificate of Documentation for the M/V PRESAGER;

14. Vessel Logs of the M/V PRESAGER from the relevant time period;

15. Photographs of the M/V PRESAGER, it's engines, tackle, furniture, appurtenances, etc.;

16. Any records and documents reflecting maintenance and cure payments paid to Plaintiff;

17. Certified medical records, therapy records, pharmacy records, medical reports, medical films, diagnostic and neurological imaging, including but not limited to MRIs, CT scans, X-rays, and nerve conduction studies, and all documentation regarding Plaintiff's past and future medical treatment including records from:

    a. West Jefferson Industrial Medicine, LLC

    b. Dr. Brian Bourgeois

    c. Cypress Pointe Hospital

    d. Dr. Bradley Bartholomew

    e. Dr. Huey Moak

    f. Riverpark Head & Neck Clinic

g. Shamsnia Neurology

h. Dr. Morteza Shamsnia

i. Ear & Balance Institute

j. Dr. Gerard Gianoli

k. Advanced Neurodiagnostic Center

l. Louisiana Health Solutions

m. Steve Crawford, DC

n. Stand-Up-Open MRI Centers of Louisiana

o. West Jefferson Medical Center

p. St. Tammany Parish Hospital

q. St. James Parish Hospital

r. Our Lady of the Lake Surgery Center

s. Dr. Darren Whitcomb

t. Walgreens Pharmacy

u. Any and all other medical records, therapy records, medical reports, medical films, and all documentation regarding Plaintiff's past and future medical treatment from any other medical provider.

18. Plaintiff's Income Tax Records;

19. Plaintiff's Social Security Records;

20. Plaintiff's Deposition Transcript;

21. Surveillance of Plaintiff;

22. October 11, 2018 Correspondence from Counsel for Stone Oil to Counsel for Plaintiff regarding cervical facet blocks;

23. October 30, 2018 Email Correspondence from Counsel for Stone Oil to Counsel for Plaintiff regarding BAER and VER testing;

24. November 20, 2018 Correspondence from Dr. Occhipinti to Counsel for Stone Oil regarding request for additional vestibular testing;

25. May 1, 2019 Correspondence from Counsel for Stone Oil to Counsel for Plaintiff regarding authorization of rhizotomy;

26. Any document produced in discovery by Plaintiff;

27. Any other deposition videos, transcripts and exhibits attached thereto for any witness deposed in this matter;

28. Any expert report(s) including attachments and CV prepared by Dr. Everett Robert;

29. Any expert report(s) including attachments and CV prepared by Dr. Archibald "Archie" Melcher;

30. Any expert report(s) including attachments and CV prepared by Dr. Dennis Occhipinti;

31. Any expert report(s) including attachments and CV prepared by Nancy Favaloro;

32. Any expert report(s) including attachments and CV prepared by Kenneth Boudreaux, Ph.D.;

33. Any expert report(s) including attachments and CV prepared by Norman Dufour;

34. Any expert report(s) including attachments and CV prepared by Robert "Bob" E. Borison;

35. Any expert report(s) including attachments and CV prepared by a yet to be identified expert who will perform a functional capacity evaluation, if necessary;

36. Any and all witness statements related to the instant matter, including but not limited to, the statements of Anthony Burros, Wayne Bishop, and Travis Davis;

37. Plaintiff's discovery responses related to the instant matter;

38. Any documents obtained by subpoena *duces tecum* and/or letters rogatory issued in this matter;

39. Any medical records relied upon by any expert in issuing a report or offering opinions;

40. Any other documents relied upon by any expert in issuing a report or offering opinions;

41. Any Exhibit listed or identified by Plaintiff in his Exhibit List;

42. Any demonstrative evidence that may be necessary; and

43. Any document for impeachment purposes.

Stone Oil specifically reserves the right to add or subtract from the list of exhibits identified above as further information or documentation becomes available.

Respectfully submitted,

*/s/ William P. Wynne*

GEORGE J. FOWLER, III (La. Bar No. 5798)
WILLIAM P. WYNNE (La. Bar No. 28817)
LUIS E. LLAMAS (La. Bar No. 34943)
SARA B. KUEBEL (La. Bar No. 38305)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
Tel: 504-582-8000
Fax: 504-582-8583
Email: llamas@joneswalker.com
bwynne@joneswalker.com
gfowler@joneswalker.com
skuebel@joneswalker.com

***Attorneys for John W. Stone Oil Distributors, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's ECF filing system and/or US Mail, or email on this 9th day of May, 2019.

*/s/ William P. Wynne*
WILLIAM P. WYNNE